FILED
2018 Feb-28 AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| HUSSAIN AL-JABARI, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:17-cv-01972-KOB-TMP |
| U.S. ATTORNEY GENERAL, | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

On January 30, 2018, the magistrate judge filed his Report and Recommendation, recommending that the court dismiss this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 based upon petitioner's filing of a notice of voluntary dismissal. (Docs. 9 & 10). No party has filed any objections.

Having now carefully reviewed and considered *de novo* all the materials in the court file, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. Consequently, the court finds that the petition for writ of *habeas corpus* is due to be DISMISSED WITHOUT PREJUDICE.

The court will enter a separate Final Order.

DONE and ORDERED this 28th day of February, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE